```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/10/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RADLEY BRADFORD, individually, and on behalf of all others similarly situated,

        Plaintiff,

-against-

NYLIFE SECURITIES LLC, a New York company,

        Defendant.

22 Civ. 1931 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties proposed case management plan and scheduling order. ECF No. 17. In the proposed order, the parties request 295 days for fact discovery because "the case is a putative class action." *Id.* at 1. Based on this explanation, the Court does not find that this case presents unique complexities or other exceptional circumstances that would warrant such a profound departure from the Court's standard practice of allowing 120 days for fact discovery. *See* Sample Civil Case Management Plan and Scheduling Order. Accordingly, by **May 17, 2022**, the parties shall submit a letter providing good cause for an extension of the fact discovery period. If they fail to do so, the Court shall issue an order allowing 120 days for fact discovery.

    SO ORDERED.

Dated: May 10, 2022
       New York, New York

                                        ANALISA TORRES
                                        United States District Judge