UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RADLEY BRADFORD, individually, and on behalf of all others similarly situated,

                 Plaintiff,

-against-

NYLIFE SECURITIES LLC, a New York company,

                 Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/20/2022_

22 Civ. 1931 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letter dated May 17, 2022. ECF No. 19. The Court does not find that 295 days for fact discovery is warranted and shall allow the parties 150 days to conduct fact discovery. Accordingly, by **May 25, 2022**, the parties shall submit a revised proposed case management plan.

    SO ORDERED.

Dated: May 20, 2022
       New York, New York

                                              ANALISA TORRES
                                         United States District Judge