UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RADLEY BRADFORD, individually, and on behalf of all others similarly situated,

                Plaintiff,

-against-

NYLIFE SECURITIES LLC, a New York company,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/1/2022
```

22 Civ. 1931 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for October 31, 2022, is ADJOURNED to **November 9, 2022**, at **11:00 a.m.**

SO ORDERED.

Dated: June 1, 2022
       New York, New York

ANALISA TORRES
United States District Judge