## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RADLEY BRADFORD**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**NYLIFE SECURITIES LLC,**<br><br>*Defendant.* | Case No. 1:22-cv-01931-AT |

## NOTICE OF SETTLEMENT

Plaintiff Radley Bradford hereby notifies the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Stipulation of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the Stipulation of Dismissal.

Dated: November 2, 2022

Respectfully submitted,

*/s/ Avi R. Kaufman*
Avi R. Kaufman
Kaufman P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com
*Attorneys for Plaintiff*