IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RADLEY BRADFORD**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**NYLIFE SECURITIES LLC,**<br><br>*Defendant.* | Case No. 1:22-cv-01931-AT |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Radley Bradford and Defendant NYLIFE Securities LLC hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims, with each party to bear its own attorneys' fees and costs.

Dated: November 18, 2022

Respectfully submitted,

Avi R. Kaufman
Kaufman P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

*Attorneys for Plaintiff*

Francis X. Nolan, IV
Amy R. Albanese
**EVERSHEDS SUTHERLAND (US) LLP**
1114 Avenue of the Americas
The Grace Building, 40th Floor
New York, New York 10036
Telephone: (212) 389-5083

Facsimile: (212) 389-5099
franknolan@eversheds-sutherland.com
amyalbanese@eversheds-sutherland.com

Lewis S. Wiener
**EVERSHEDS SUTHERLAND (US) LLP**
700 Sixth Street, N.W., Suite 700
Washington, D.C. 20001
Telephone: (202) 383-0140
Facsimile: (202) 637-3593
lewiswiener@eversheds-sutherland.com

*Attorneys for Defendant*
*NYLife Securities LLC*